**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
REGINA R.,

                Plaintiff,                  21 **CIVIL** 4260 (GRJ)

    -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 21, 2022, Plaintiff's Motion for Judgment on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
          November 21, 2022

                                                        **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                          **BY:**    *K. Mango*

                                                                    **Deputy Clerk**